## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

_____

DARREN and LAURA VANPUYMBROUCK

      Plaintiffs,

                                     Case No. 1:22-cv-680

v.                                       Hon. Phillip J. Green

JAMES HUNSBERGER and
STEVEN STARNER

      Defendants.

_____

| Darren Malek (P57443) | Mark E. Kreter (P35475) |
|---|---|
| VERITAS LAW GROUP | KREIS, ENDERLE, HUDGINS & BORSOS |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 107 W Michigan Ave., Suite 500 | 333 Bridge Street NW, Suite 900 |
| Kalamazoo, MI 49007 | Grand Rapids, MI 49504 |
| (269) 270-3500 | (616) 258-7000 |
| dmalek@veritaslawgroup.net | mkreter@kreisenderle.com |

_____

## STIPULATION AND ORDER OF DISMISSAL

      The parties have reached a settlement of this litigation pursuant to a Settlement Agreement dated June 12, 2023, and hereby stipulate and agree that this matter may be dismissed with prejudice and without costs to any party, and the Court being otherwise fully advised in the premises,

      IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs to any party;

      IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the Settlement Agreement.

      This Order resolves the last pending claim between the parties and closes this case.

IT IS SO ORDERED.

Dated:   June 16, 2023

_/s/ Phillip J. Green_____
PHILLIP J. GREEN
U.S. Magistrate Judge

Stipulated as to form and substance:

Dated: June 12, 2023

/s/ *Darren M. Malek*  w/ permission_____
Darren M. Malek (P57443)
Veritas Law Group
Attorneys for Plaintiffs
107 W. Michigan Avenue, Suite 500
Kalamazoo, MI  49007 / (269) 270-3500
dmalek@veritaslawgroup.net

Dated: June 12, 2023

/s/  *Mark E. Kreter*_____
Mark E. Kreter (P35475)
KREIS, ENDERLE, HUDGINS & BORSOS
Attorneys for Defendants
333 Bridge Street NW, Suite 900
Grand Rapids, MI 49504
(616) 258-7000
mkreter@kreisenderle.com